**Alexander Covin, appellee, v. Louis Rubin, trading as Louis Rubin Furniture Company, appellant. Gen. No. 35,925.**

Heard in the third division of this court for the first district at the April term, 1932. Opinion filed December 21, 1932.

Braun, Anderson & Norby, for appellant; Joseph H. Braun and Joseph P. Brodie, of counsel. Daniel L. Madden, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

**Katarzyna Dumara, appellee, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 35,934.**

Heard in the third division of this court for the first district at the April term, 1932. Opinion filed December 21, 1932.

Hoyne, O'Connor & Rubinkam, for appellant; Donald J. Seeley, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

**First Union Trust & Savings Bank, as trustee under the last will and testament of Lucius G. Fisher, deceased, plaintiff in error, v. Wilbur J. O'Brien, defendant in error. Gen. No. 35,705.**

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932. Rehearing denied January 6, 1933.

Hoag & Ullmann, for plaintiff in error. John J. Sherlock, for defendant in error; C. B. Chapman, of counsel.

Mr. Justice Hall delivered the opinion of the court.

**Nick Malapanes, appellee, v. Rose K. Blahnik and Lawrence A. Blahnik, appellants. Gen. No. 35,751.**

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932.

Arnold M. Ehrlich, for appellants; Elwyn E. Long, of counsel. Martin M. Gross, for appellee; Hymen S. Whittman, of counsel.

Mr. Justice Hall delivered the opinion of the court.